UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| PHILIP A. TURNEY, an individual; BILLY RAY BARTLETT, an individual; MICHAEL A. McCALL, an individual; and REUBEN J. CORTES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY ATENCIO; RONA SEIGERT; JOHN G. MIGLIORI; MURRAY F. YOUNG; APRIL C. DAWSON; JOHN and JANE DOES A-Z; CORIZON, INC.; and IDAHO DEPARTMENT OF CORRECTION,<br><br>Defendants. | Case No. 1:18-cv-00001-BLW<br>        1:18-cv-00097-BLW<br>        1:18-cv-00099-BLW<br>        1:18-cv-00100-BLW<br><br>ORDER |
|---|---|

**IT IS HEREBY ORDERED** that Stipulation to Consolidate the above referenced cases is **GRANTED**. Case No. 1:18-cv-00001-BLW shall be the lead case, and all future filings shall be made in that case.

DATED: September 19, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge

ORDER - 1