Richard A. Hearn (ISB No. 5574)
HEARN LAW, PLC
P.O. Box 70
155 S. 2nd Avenue
Pocatello, ID 83204
Telephone: (208) 904-0004
Facsimile: (208) 904-1816
Email: hearn@hearnlawyers.com

*Attorney for the Plaintiff*
*Kenneth Michael Workman*

Ray Marvin Nichols, *pro se*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENNETH MICHAEL WORKMAN, an individual; and RAY MARVIN NICHOLS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>HENRY ATENCIO; CORIZON MEDICAL SERVICES; DR. MURRAY YOUNG; and UNKNOWN AND UNNAMED INDIVIDUALS OF THE IDAHO DEPARTMENT OF CORRECTIONS AND CORIZON MEDICAL SERVICES,<br><br>    Defendants. | Case No.: 1:16-cv-00309-BLW<br><br>**MOTION TO CONSOLIDATE** |

COMES NOW Plaintiff Kenneth Michael Workman, by and through his counsel of record, Richard A. Hearn, HEARN LAW, PLC, and moves this Court to consolidate the above-captioned case, the Workman case, Case No. 1:16-cv-00309-BLW, with the Turney case, Case No. 1:18-cv-00001-BLW, and allow the filing of the proposed Consolidated Complaint upon the grounds and for the reasons that the Workman case and the Turney case involve common questions of both fact

MOTION TO CONSOLIDATE – Page 1

and law and consolidation of said cases would avoid unnecessary cost and delay to all parties as outlined in the attached Memorandum in Support of Plaintiff Workman's Motion to Consolidate.

DATED this 4th day of October, 2018.

/s/Richard A. Hearn
RICHARD A. HEARN
HEARN LAW, PLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of October, 2018, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

Brady J. Hall
Moore, Elia, Kraft & Hall, LLP
P.O. Box 6756
Boise, ID 83702

Marisa S. Crecelius
Moore, Elia, Kraft & Hall, LLP
702 W. Idaho St. #800
Boise, ID 83702

Dylan Alexander Eaton
Parsons, Behle & Latimer
800 W. Main St., Ste. 1300
Boise, ID 83702

J. Kevin West
Parsons, Behle & Latimer
800 W. Main St., Ste. 1300
Boise, ID 83702

Emily A. MacMaster
Deputy Attorney General – IDOC
1299 N. Orchard St., Ste. 110
Boise, ID 83706

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF registered participant by first class, postage prepaid mail:

Ray Marvin Nichols
ISCI Unit 9
P.O. Box 14
Boise, ID 83707

/s/Richard A. Hearn
RICHARD A. HEARN