J. Kevin West, ISB #3337
Email: KWest@parsonsbehle.com
Dylan A. Eaton, ISB #7686
Email: DEaton@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:	(208) 562-4900
Facsimile:	(208) 562-4901

Counsel for Defendants Corizon, Inc., John G. Migliori, Murray F. Young, and April C. Dawson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PHILIP A. TURNEY, an individual; BILLY RAY BARTLETT, an individual; MICHAEL A. McCALL, an individual; and REUBEN J. CORTES, an individual,<br><br>    Plaintiffs,<br>v.<br><br>HENRY ATENCIO; RONA SEIGERT; JOHN G. MIGLIORI; MURRAY F. YOUNG; APRIL C. DAWSON; JOHN and JANE DOES A-Z; CORIZON, INC.; and IDAHO DEPARTMENT OF CORRECTION,<br><br>    Defendants. | Case No. 1:18-cv-00001-BLW<br>         1:18-cv-00097-BLW<br>         1:18-cv-00099-BLW<br>         1:18-cv-00100-BLW<br><br>**DEFENDANTS CORIZON, INC., JOHN G. MIGLIORI, MURRAY F. YOUNG, AND APRIL C. DAWSON'S JOINDER IN IDOC DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 79)** |

COME NOW Defendants Corizon, Inc., John G. Migliori, Murray F. Young and April C. Dawson ("Corizon Defendants"), by and through their counsel of record, Parsons Behle & Latimer, and hereby submit this Joinder in IDOC Defendants' Unopposed Motion for An

Case 1:18-cv-00001-BLW   Document 84   Filed 12/26/18   Page 2 of 3

Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment (Dkt. 79) ("Motion for Extension of Time") filed December 24, 2018. [Dkt. 83].

The Corizon Defendants incorporate and adopt herein by reference the entirety of the IDOC Defendants' Motion for Extension of Time. I corresponded with Plaintiff's counsel, Richard Hearn, via email on Friday, December 21, 2018, and he agreed to stipulate to allowing Corizon Defendants a 14 day extension to respond to Plaintiff's Motion for Partial Summary Judgment in this case. Mr. Hearn also stated we could represent to the Court his agreement for this 14-day extension.

For all of the reasons articulated by the IDOC Defendants and above, the Corizon Defendants join in the IDOC Defendants' Motion for Extension of Time to allow Defendants a 14-day extension of time in which to respond to Plaintiffs' Motion for Partial Summary Judgment (Dkt. 79). An order granting this 14-day extension is requested.

DATED this 26th day of December, 2018.

                         PARSONS BEHLE & LATIMER

                         By: */s/ Dylan A. Eaton*
                              Dylan A. Eaton
                              Counsel for Defendants Corizon, Inc.,
                              John G. Migliori, Murray F. Young, and
                              April C. Dawson

DEFENDANTS CORIZON, INC., JOHN G. MIGLIORI, MURRAY F. YOUNG, AND APRIL C. DAWSON'S JOINDER IN IDOC DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. 79) - 2
4848-2002-3684v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of December, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard A. Hearn
HEARN LAW, PLC
hearn@hearnlawyers.com
*(Counsel for Plaintiff)*

Brady J. Hall
Marisa S. Crecelius
Craig Stacey
MOORE ELIA KRAFT & HALL, LLP
brady@melawfirm.net
marisa@melawfirm.net
craig@melawfirm.net
*(Counsel for Henry Atencio and Rona Siegert)*

By: */s/ Dylan A. Eaton*
    Dylan A. Eaton