LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO

BRADY J. HALL (ISB No. 7873)
SPECIAL DEPUTY ATTORNEY GENERAL
*Moore Elia Kraft & Hall, LLP*
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
brady@melawfirm.net

*Attorneys for Defendants Rona Siegert and Henry Atencio*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PHILIP A. TURNEY, | ) Case No. 1:18-CV-00001-BLW |
| Plaintiff, | ) **JOINT STATUS REPORT AND** |
| | ) **STIPULATION REGARDING** |
| vs. | ) **DEFENDANTS' ANSWERS TO** |
| | ) **PLAINTIFFS' SECOND AMENDED AND** |
| HENRY ATENCIO, *et al.* | ) **SUPPLEMENTAL COMPLAINT (DKT.** |
| | ) **105-1)** |
| Defendants. | ) |
| _____ | ) |

COME NOW Plaintiffs and Defendants, by and through their respective counsel of record, hereby jointly notify the Court that the parties continue to participate in settlement discussions with Newal Squyres, Esq. The parties are to participate in a conference call with Mr. Squyres on Friday, January 10, 2020, to discuss the next round of settlement discussions. To avoid the unnecessary time and expense associated with drafting answers to the Second Amended and Supplemental Complaint (Dkt. 105-1) or to continue to extend the associated deadline pending settlement, the parties hereby stipulate and agree that Defendants need not file answers or

**JOINT STATUS REPORT AND STIPULATION REGARDING DEFENDANTS'
ANSWERS TO PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL
COMPLAINT (DKT. 105-1) – pg. 1**

responsive pleadings to the same while the parties continue to engage in mediation. If a party no longer desires to engage in settlement discussions, then that party shall give written notice to the parties and Court immediately and the Defendants will be required to file a responsive pleading or answer to the operative complaint within thirty (30) days thereafter.

DATED this 6th day of January, 2020.

    Hearn Law, PLC

    /s/ Richard A. Hearn
    Richard A. Hearn
    *Attorney for Plaintiff*

DATED this 6th day of January, 2020.

    Parsons Behle & Latimer

    *William R. Lunsford*
    William R. Lunsford
    *Attorneys for Defendants Corizon, Inc., John M. Migliori, Murray F. Young, and April C. Dawson*

DATED this 6th day of January, 2020.

    Moore Elia Kraft & Hall, LLP

    /s/ Brady J. Hall
    Brady J. Hall
    *Attorneys for Defendants Rona Siegert and Henry Atencio*

**JOINT STATUS REPORT AND STIPULATION REGARDING DEFENDANTS' ANSWERS TO PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL COMPLAINT (DKT. 105-1)** – pg. 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2020, I filed the foregoing electronically through the CM/ECF system and U.S. Mail, as shown below. I caused to be served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

| | |
|---|---|
| Richard A. Hearn<br>Hearn Law, PLC<br>155 S. 2nd Ave.<br>Pocatello, ID 83201<br>*Counsel for Plaintiff* | _____ U.S. Mail, postage prepaid<br>_____ Hand Delivered<br>_____ Facsimile Transmission<br>__X__ ECF E-Mail to:<br>hearn@hearnlawyers.com |
| Dylan Eaton<br>J. Kevin West<br>Andrew Alder<br>Parson Behle & Latimer<br>800 W. Main Street, Suite 1300<br>Boise, ID 83702<br>*Attorneys for Defendants, John Migliori, Murray Young, April Dawson and Corizon, Inc.* | _____ U.S. Mail, postage prepaid<br>_____ Hand Delivered<br>_____ Facsimile Transmission<br>__X__ ECF Email to:<br>kwest@parsonsbehle.com<br>deaton@parsonsbehle.com<br>aalder@parsonsbehle.com |
| William R. Lunsford<br>Maynard Cooper Gale<br>655 Gallatin Street<br>Huntsville, AL 35801<br>*Pro Hac Vice for Corizon* | _____ U.S. Mail, postage prepaid<br>_____ Hand Delivered<br>_____ Facsimile Transmission<br>__X__ ECF Email to:<br>blunsford@maynardcooper.com |

*/s/ Brady J. Hall*
Brady J. Hall