Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Andrew R. Alder, ISB #9971
AAlder@parsonsbehle.com
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone: (208) 562-4900
Facsimile:  (208) 562-4901

William R. Lunsford *(pro hac vice)*
blunsford@maynardcooper.com
MAYNARD COOPER & GALE
655 Gallatin Street
Huntsville, AL 35801
Telephone:  (256) 551-0171
Facsimile:  (256) 512-0119

*Counsel for Defendants Corizon, LLC, John G. Migliori, Murray F. Young, and April C. Dawson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PHILIP A. TURNEY, et al.,<br><br>Plaintiffs,<br>v.<br><br>HENRY ATENCIO, et al.,<br><br>Defendants. | Case No. 1:18-cv-00001-BLW<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Parties hereby jointly seek the preliminary approval of a settlement in this action. Plaintiffs filed this action on behalf of themselves and other similarly situated individuals in the custody of the Idaho Department of Correction ("IDOC"), alleging that IDOC, its officials, its private medical services provider, Corizon, Inc. ("Corizon"), and Corizon officials violated their constitutional right to adequate medical care.  IDOC, Corizon, and their officials (collectively, the "State") denied, and continue to deny, Plaintiffs' allegations and contend their provision of medical care is, and has been, adequate and appropriate.  Nevertheless, and without any admission of liability, the Parties have reached an amicable resolution of their dispute in this action.

The Parties engaged in lengthy, arms-length settlement negotiations with Newal Squyres, Esq. of Holland & Hart, LLP as a neutral mediator. The Parties first mediated on July 18, 2019, with additional formal mediation sessions on December 4, 2019; March 11, 2020; April 8, 2020; June 17, 2020; and September 1, 2020. Additionally, since July 18, 2019 and especially after the last formal mediation session on September 1, 2020, the Parties engaged in informal settlement discussion with the assistance of Mr. Squyres, resulting in a proposed resolution (i.e., the Agreement) on March 1, 2021. As set forth in the Memorandum of Points and Authorities in Support of this Joint Motion, the Parties believe the terms of the proposed Agreement are fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23, thus warranting the Court's preliminary approval.

The proposed Agreement is attached as **Exhibit 1** to the Memorandum of Points and Authorities. The proposed Notice to the Class of the proposed Agreement, which would inform Class members of their right to submit objections to the Agreement, the procedure for doing so, and the availability of copies of the Agreement, is attached as **Exhibit 2** to the Memorandum of Points and Authorities. The proposed Order Granting Preliminary Approval of Agreement, Setting Hearing, and Directing Class Notice is attached as **Exhibit 3** to the Memorandum of Points and Authorities.

WHEREFORE, the Parties respectfully request that the Court:

(a) preliminarily approve the Agreement;

(b) order IDOC to post and distribute (as outlined in the Memorandum of Points and Authorities) the Notice to the Class within two (2) weeks of the date of any order of the Court granting preliminary approval of the Agreement, and order IDOC to file with the Court within

twenty-one (21) days after the date of such order granting preliminary approval of the Agreement a certification that it complied with the posting and distribution requirement;

(c) require objections or comments to the Agreement be mailed to the Court, as set forth in the Notice, postmarked by thirty (30) days after completion of the Notice distribution procedures outlined above;

(e) order that any memorandum of points and authorities in support of approval of the Agreement by the Parties or any third party be due two (2) weeks after objections and comments are due; schedule a fairness hearing three (3) weeks or later after the deadline for objections and comments; and

(f) finally approve the proposed Agreement, after considering the terms of the Agreement and any objections interposed to the Agreement, and conducting whatever proceedings the Court feels are necessary.

DATED this 31st day of August, 2021.

PARSONS BEHLE & LATIMER

By: /s/ Dylan A. Eaton
Dylan A. Eaton
Counsel for Defendants Corizon, Inc.,
John G. Migliori, Murray F. Young, and
April C. Dawson

DATED this 31st day of August, 2021.

MAYNARD COOPER & GALE

By: /s/ William R. Lunsford
William R. Lunsford
Counsel for Defendants Corizon, Inc.,
John G. Migliori, Murray F. Young, and
April C. Dawson

DATED this 31st day of August, 2021.

        MOORE ELIA & KRAFT, LLP

        By: */s/ Steven R. Kraft*
           Steven R. Kraft
           Counsel for Defendants Josh Tewalt
           and Rona Siegert

DATED this 31st day of August, 2021.

        HEARN LAW, PLC

        By: */s/ Richard A. Hearn*
           Richard A. Hearn
           John Ingelstrom
           Counsel for Plaintiff**s**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of August, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard A. Hearn
John Ingelstrom
HEARN LAW, PLC
hearn@hearnlawyers.com
jbi@hearnlawyers.com
*(Counsel for Plaintiffs)*

Steven R. Kraft
Craig Stacey
MOORE ELIA & KRAFT, LLP
steve@melawfirm.net
craig@melawfirm.net
*(Counsel for Henry Atencio and Rona Siegert)*

        By: */s/ Dylan A. Eaton*
           Dylan A. Eaton

JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 5
4826-1797-9640.v1