**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PHILIP A. TURNEY, et al., | Case No. 1:18-CV-00001-BLW |
| Plaintiffs, | |
| vs. | **NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING IN CLASS ACTION LAWSUIT** |
| HENRY ATENCIO, et al., | |
| Defendants. | |

**TO:  ALL CURRENT AND FUTURE INMATES IN IDOC CUSTODY.**

This is a Court-ordered Notice directed to members of the Class affected by the lawsuit. The purpose of this Notice is to inform Class members of a proposed settlement in the lawsuit, including the right to provide any objection to the proposed settlement, and provide notice of the upcoming Fairness Hearing where the Court will be asked to approve the proposed settlement.

**PLEASE READ THIS NOTICE CAREFULLY.**

This lawsuit is filed against various officials of the Idaho Department of Correction (IDOC) and its contract medical provider, Corizon LLC (Corizon), together the Defendants, seeking relief regarding the treatment of Idaho inmates with chronic Hepatitis C Virus (HCV).

**NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING IN CLASS ACTION SETTLEMENT - 1**

This lawsuit does <u>not</u> seek monetary damages, and Class members are <u>not</u> entitled to monetary damages in this case.

The lawsuit seeks injunctive relief, asking the Court to direct IDOC and Corizon to make changes to policies and practices regarding the treatment of Idaho inmates with chronic HCV.

This case has been certified as a class action, and the Class is defined as:

> All current and future inmates in IDOC custody who have not been diagnosed with HCV; all current and future inmates in IDOC custody who have or will be diagnosed with HCV; and all Individual Plaintiffs who have been treated with DAA Treatment.

If you meet this definition, you are automatically a Class member and do not need to take any further action.  Since the lawsuit seeks only injunctive relief, you <u>cannot</u> opt out of the Class.

You are receiving this Notice because there is a proposed settlement on behalf of the entire Class and you now have the opportunity to object to the settlement if you wish.

**The proposed settlement, in summary, provides:**

(1)    Defendants will conduct Opt-Out antibody and viral load testing for all inmates that intake into an IDOC Reception and Diagnostic Unit (RDU) and provide all inmates at intake with a copy of the "Hepatitis C - General Information" form published by the Centers for Disease Control and Prevention.

(2)    All inmates without a prior documented positive HCV RNA viral load test through IDOC shall be offered an HCV antibody test and, if the HCV antibody test is positive, a reflexive HCV RNA viral load test on an Opt-Out Testing basis.  If the RNA test is positive, the inmate will be enrolled in the HCV Chronic Care Clinic.

(3)    Inmates housed outside of an RDU without a prior documented positive HCV antibody test through IDOC will be tested within sixty (60) days upon written request submitted by the inmate on a Health Services Request form.

NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING IN CLASS
ACTION SETTLEMENT - 2

(4)    Inmates who are diagnosed with HCV will be enrolled in the Chronic Disease
Program (CDP) or its equivalent.  No inmate with chronic HCV will be deemed
ineligible to receive DAA treatment based solely upon the inmate's fibrosis score
and/or priority level.

(5)    From fiscal years 2021 through 2025, IDOC will spend a total of $29.25 million
dollars for the purpose of providing DAA treatment to eligible inmates and begin
DAA treatment for a minimum of 575 eligible inmates.

**This settlement does not guarantee any inmate will receive any particular type of treatment for any medical condition, including any infection with HCV.**

**If you would like to review a full copy of the proposed settlement agreement, please submit an Access to Courts Request form.  Please do not call the Federal District Court regarding the settlement agreement or this case.**

The Court will conduct a Fairness Hearing to determine whether the proposed settlement agreement will be approved.  The Fairness Hearing has been scheduled for _____. Following the hearing, the Court will decide whether or not to approve the settlement agreement.

Any Class member has a right to inform the Court that he/she objects to the proposed settlement.  Class members may object to the proposed settlement by completing and submitting the Notice of Objection form before _____ (the "Objection Deadline") to the <u>Court</u> addressed below:

Clerk of the Court
United States District Court
Re: Turney v. IDOC, Case No. 1:18-cv-00001-BLW
550 W. Fort Street, No. 400
Boise, ID 83724

The Notice of Objection form can be obtained by submitting an Access to Courts Request

**NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING IN CLASS ACTION SETTLEMENT - 3**

form.  Objection forms must be mailed to the Court before the Objection Deadline.  All Notice of

Objection forms will be filed in the Court's public docket and automatically provided to each of

the attorneys of record.  Written objections will not be confidential.

      Further, any Class member who wishes to be heard at the Fairness Hearing must file such

a request in writing by the Objection Deadline.  The Court will decide the request.  Letters of

objection will be considered regardless of whether an objecting Class member wishes to be heard

at the Fairness Hearing.

      The proposed settlement was reached and approved by Defendants and by Class counsel.

The Court has appointed Reuben Cortes as Class representative to represent the Class.

                         DATED this ____ day of _____, 2021.


                         _____

                         B. Lynn Winmill
                         U.S. District Court Judge

**NOTICE OF PROPOSED SETTLEMENT AND FAIRNESS HEARING IN CLASS
ACTION SETTLEMENT - 4**