J. Kevin West, ISB #3337
KWest@parsonsbehle.com
Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Andrew R. Alder, ISB #9971
AAlder@parsonsbehle.com
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone: (208) 562-4900
Facsimile:  (208) 562-4901
*Counsel for Defendants Corizon, LLC John G. Migliori,
Murray F. Young, and April C. Dawson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REUBEN J. CORTES, et al.,<br><br>　　Plaintiffs,<br>v.<br><br>JOSH TEWALT, et al.,<br><br>　　Defendants. | Case No. 1:18-cv-00001-BLW<br><br>**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY** |

Corizon, LLC (hereinafter "Corizon" or "Debtor"), one of the named defendants herein, files this *Suggestion of Bankruptcy and Notice of Automatic Stay* and respectfully submits the following:

On February 13, 2023 (the "Petition Date"), a voluntary bankruptcy petition, to which Defendant Corizon, LLC was added[1], was filed pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

It is the undersigned counsel's understanding that Debtor has or will be filing a motion to extend the stay to cover some or all co-defendants, especially as may relate to Debtor's indemnification obligations.

The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case. If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual

---

[1] The original bankruptcy petition filed on February 13, 2023 was filed by Tehum Care Services, Inc. d/b/a Corizon Health Services, Inc. An amended bankruptcy petition was filed on February 15, 2023, clarifying the d/b/a name as Corizon Health, Inc. and adding Corizon, LLC. A copy of the filed Amended Petition for bankruptcy is attached hereto as **Exhibit A**.

SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY - 2
4853-6493-9602.v1

damages, including costs and attorneys' fees, arising from the violation of the stay.

DATED this 21st day of February, 2023.

                                    PARSONS BEHLE & LATIMER

                                    By: */s/ Dylan A. Eaton*
                                          Dylan A. Eaton
                                          Counsel for Defendants
                                          Corizon, LLC, John G. Migliori,
                                          Murray F. Young, and April C. Dawson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of February, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard A. Hearn
John Ingelstrom
HEARN LAW, PLC
hearn@hearnlawyers.com
jbi@hearnlawyers.com
*(Counsel for Plaintiffs)*

Steven R. Kraft
Craig Stacey
MOORE ELIA KRAFT & HALL, LLP
steve@melawfirm.net
emacmast@idoc.idaho.gov
craig@melawfirm.net
*(Counsel for Josh Tewalt and Rona Siegert)*

By: */s/ Dylan A. Eaton*
Dylan A. Eaton